| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>TRENK, DiPASQUALE,<br>DELLA FERA & SODONO, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Joshua H. Raymond, Esq.<br>Special Counsel to Debtors and Debtors-in-Possession | **Order Filed on May 22, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

In Re:            Case No.:    __14-11016 (MBK)__

DOTS, LLC, et al.      Adv. No.:    __14-01818 (MBK)__

            Judge:    __Michael B. Kaplan__

DOTS, LLC, et al.,

                Plaintiff(s)
v.

MILBERG FACTORS,

                Defendant(s)

## JOINT ORDER SCHEDULING
## PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 22, 2015**

*[Signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A pretrial conference having been scheduled pursuant to Fed.R.Civ.P 16(b) and (e), made applicable to these proceedings by Fed.R.Bankr.P. 7016, it is

ORDERED that

1. All discovery is to be completed by _____November 30, 2015_____. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

2. All other motions shall be filed no later than _____December 31, 2015_____, and returnable no later than _____January 26, 2016_____. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

3. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than __February 22, 2016__. The parties anticipate a trial of approximately _____four (4) days_____.

4. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

5.   Trial will commence on   March 10, 2016           at  10:00 a.m.   or as soon thereafter as the matter may be heard, at:

                United States Bankruptcy Court

Address:   M.L. King, Jr. Federal Building
                50 Walnut Street
                Newark, NJ 07102

Courtroom #:   3A

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

*rev.6/27/14*