UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on November 17, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dots, LLC

Case No.:  14-11016

Hearing Date:  11/17/2016

Dots, LLC

Adv. No.:  14-01818

Judge:  Michael B. Kaplan

Plaintiff(s)

v.

IPC/Dots LLC, Dots Gift LLC and Milberg Factors Inc.

Defendant(s)

## ORDER DENYING WITHOUT PREJUDICE MOTION
TO COMPEL TO COMPLY WITH DISCOVERY

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 17, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____1/19_____, 20 _16_ by _Joshua Raymond, Esq._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*